**CHRIS DANIEL**     <span>01-15-00507-CR</span>

HARRIS COUNTY DISTRICT CLERK

May 19, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/4/2015 1:07:38 PM
CHRISTOPHER A. PRINE
Clerk

JOE DAVID WELLS
ATTORNEY OF RECORD
P.O. BOX 2064
HOUSTON TX 77252

Defendant's Name: ROBERT THOMAS WILHARM

Cause No: 1402605

Court: 174TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 5/8/15
**Sentence Imposed Date:** 5/8/15
**Court of Appeals Assignment: First  Court of Appeals**
**Appeal Attorney of Record:** JOE DAVID WELLS

Sincerely,

L. CHARLES
Criminal Post Trial Deputy

CC:  Devon Anderson
      District Attorney
      Appellate Division
      Harris County, Texas

      B.J. ORSACK (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

Cause No. 1402605

## THE STATE OF TEXAS
### V.
Robert Wilharm _____, A/K/A/ _____

174 _____ District Court / County Criminal Court at Law No. ____

Harris County, Texas

FILED
Chris Daniel
District Clerk

MAY 0 8 2015

Time: _____
Harris County, Texas
By _____
Deputy

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On ___5-8-15___ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☒ MOVES to withdraw.

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

___5-8-15___
**Date**

___ROBERT WILHARM___
**Defendant (Printed name)**

**Attorney (Signature)**

___Mark Bennett___
**Attorney (Printed name)**

___00792970___
**State Bar Number**

___917 Franklin 4TH Floor Houston 77002___
**Address**

___713.224.1747___
**Telephone Number**

The defendant (check all that apply):

☒ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☒ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

___Robert Wil___
**Defendant (Signature)**

___ROBERT WILHARM___
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON ___5/8/2015___

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On **5/8/2015** the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

    ☑ employing counsel

    ☑ paying for a clerk's and court reporter's record.

    ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw is **GRANTED** / **DENIED**.

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**.

☐ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number) is **APPOINTED** to represent defendant / appellant on appeal.

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ SET at $ *N/A*

☐ DENIED and is SET at **NO BOND**. (Felony Only)

DATE SIGNED: **5/8/2015**

JUDGE PRESIDING,
**174** DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____ ,
HARRIS COUNTY, TEXAS

 

Cause No. _1402605_

THE STATE OF TEXAS

v.

_Robert Williams_, Defendant

IN THE _74_ DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐ the defendant has waived the right of appeal.

_____
Judge

_5/8/2015_
Date Signed

**FILED**
Chris Daniel
District Clerk

MAY 0 8 2015

Time: _____
Harris County, Texas

By_____
Deputy

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X _____
Defendant

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

_____
Defendant's Counsel

State Bar of Texas ID number: _0079707070_

Mailing Address: _____

Telephone number: _713-224-1747_

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

**APPEAL CARD**

*1st*

Court **17th**          7-7-15          Cause No. **1402605**

### The State of Texas

Vs

**Robert Wilharm**

Date Notice
Of Appeal: 5-8-15     MAY 08 2015

Presentation:          Vol._____ Pg._____

Judgment:          Vol._____ Pg._____

Judge Presiding **Ruben Guerrero**
Court Reporter **B. J. Orsack**
Court Reporter _____
Court Reporter _____

Attorney
on Trial **Mark Bennett**

Attorney
on Appeal _____

Appointed _____ Hired _____

Offense **Asslt Int/RCK/Imp/Brth**

Jury Trial:          Yes **✓** No_____

Punishment
Assessed **20 Years TDC**

Companion Cases
(If Known) **N/A**

Amount of
Appeal Bond **N/A**

Appellant
Confined:          Yes **✓** No_____

Date Submitted
To Appeal Section _____

Deputy Clerk _____